United States District Court
Southern District of Texas
**ENTERED**
November 10, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| YOVANI PEREZ HERNANDEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | **Civil Action No:** 1:25-cv-00195 |
| | § | |
| KRISTI NOEM, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Before the Court is the parties' "Amended Agreed Motion for Establishment of Responsive Pleading/Briefing Schedule" (the parties' "Amended Agreed Motion"). Dkt. No. 6. The parties request the Court to issue a briefing schedule to address Hernandez's "Petition for Writ of Habeas Corpus" ("Petition") [Dkt. No. 1]. *Id.* at 1. Specifically, the parties request that: (1) the Government have until November 12, 2025, to file its response to Hernandez's Petition; (2) the Government have until November 12, 2025, to file a copy of Hernandez's A-file; and (3) Hernandez have until November 26, 2025, to file his reply. *Id.*

The United States Supreme Court has made clear that for the purposes of a habeas corpus petition under 28 U.S.C. § 2241, the only proper respondent is the immediate custodian of the petitioner with the ability to produce the petitioner before the Court. *Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004). The Court, then, notes that the proper respondent is the custodial officer of the facility where Hernandez is detained. *See id.*

Here, Hernandez is held at the El Valle Detention Facility ("El Valle") in Raymondville, Texas. Dkt. No. 1 at 2. Hernandez's custodian, then, would appear to be the facility administrator of El Valle, Francisco Venegas. *Rumsfeld v. Padilla*, 542 U.S. 426, 440 n.13 (2004) (noting that "the proper respondent [in a § 2241 habeas action] is the person

responsible for maintaining...the custody of the prisoner."); *see e.g. David v. Venegas*, No. 1:25-cv-00136, Dkt. No. 7 at 1–2 (S.D. Tex. 2025) (Torteya, J.) (directing the Clerk of Court to substitute Venegas for El Valle Detention Facility as the proper respondent in a § 2241 habeas action).

The parties' Amended Agreed Motion is **GRANTED**. Accordingly, the Government is **ORDERED** to respond to Hernandez's Petition on or before November 12, 2025. The Government is further **ORDERED** to file a Bates-stamped copy of Hernandez's A-File on or before November 12, 2025. If Hernandez chooses to file a reply or other response to the Government's response, he must do so on or before **November 26, 2025**.

The Clerk of Court is **DIRECTED** to correct the docket to reflect Francisco Venegas as the respondent, and to terminate all other listed respondents. If Venegas is no longer the custodial officer for El Valle, the Government shall inform the Court of who is the proper respondent.

**SO ORDERED.**

**SIGNED** on this **10th** day of **November, 2025**, at Brownsville, Texas.

_____
**Ignacio Torteya, III**
**United States Magistrate Judge**